### UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **Lonnie Regan Burris**, <br><br> Plaintiff, <br><br> v. <br><br> **BoldLeads, Inc.**, <br><br> Defendant. | Case No. 1:21-cv-00461-LY <br><br> **STIPULATION OF DISMISSAL** |

Plaintiff, Lonnie Regan Burris, and Defendant, BoldLeads, Inc., by and through their respective attorneys, **HEREBY STIPULATE AND AGREE**, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with prejudice as to the claims of Plaintiff Lonnie Regan Burris against Defendant BoldLeads, Inc. with each side bearing its own fees and costs.

**IT IS SO STIPULATED.**


/s/ *Craig T. Kimmel*
Craig T. Kimmel
KIMMEL & SILVERMAN, PC
30 E. Butler Pike
Ambler, PA 19002
(215) 540-8888
Fax: (215)540-8817
Email: teamkimmel@creditlaw.com

*Attorney for Plaintiff*

/s/ *Elizabeth Yvonne Ryan*
Elizabeth Yvonne Ryan
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court
Suite 300
Dallas, TX 75201
(214) 746-8158
Fax: (214) 746-7777
Email: liz.ryan@weil.com

*Attorney for Defendant*


Dated: February 16, 2022