IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



| | |
|---|---|
| LONNIE REGAN BURRIS,<br>　　　　PLAINTIFF,<br><br>V.<br><br>BOLDLEADS, INC.,<br>　　　　DEFENDANT. | §<br>§<br>§　CAUSE NO. 1:21-CV-461-LY<br>§<br>§<br>§<br>§ |

## ORDER CLOSING CASE

Before the court is the above entitled cause. On February 16, 2022, the parties filed a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Doc. #18). Accordingly,

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this _17th_ day of February, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE